FILED
SEP 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT JUDGE PEARSON |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:21 CR 694 |
| ANTONIO L. BRYANT, | ) Title 18, United States Code, |
| TERRANCE C. WHITE, JR. | ) Section 641 |
| Defendants. | ) |

## COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

1. From on or about February 1, 2020 to on or about March 30, 2020, in the Northern District of Ohio, Eastern Division, defendants ANTONIO BRYANT and TERRANCE C. WHITE, JR. did willfully and knowingly steal, purloin, and convert to their own use, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely electronics from the United States Department of Veterans Affairs value totaling approximately $13,723.18 in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.